**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**


JOHN DOE 2,                                                :
        Plaintiff                                  :          Case No.
v.                                                               :          5:23-cv-216
                                                          :
NORTH CAROLINA STATE UNIVERSITY,    :
        Defendant.                               :


**PLAINTIFF'S EX PARTE
MOTION FOR LEAVE TO PROCEED ANONYMOUSLY
RULE 10(a)**


Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, Plaintiff John Doe 2 respectfully moves the Court ex parte for leave to proceed anonymously in this action. Plaintiff asks this Court to consider this motion and the accompanying memorandum of law, and grant Plaintiff's motion to proceed under the pseudonym "John Doe 2."

Undersigned counsel has not sought concurrence with this ex parte motion from counsel for Defendant NCSU. Defendant has opposed a similar motion in the associated case of *John Doe v. North Caroline State University* (5:23-cv-44-LF).

Respectfully submitted, this 21st day of April, 2023.

KERSTIN WALKER SUTTON PLLC

*/s/ Kerstin W. Sutton*
Kerstin W. Sutton, Esq.
Counsel for the Plaintiff


3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 698-9555
kws@kwsutton.com
NC 30008

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2023, I caused a true and correct copy of the foregoing Motion Seeking Leave to Proceed Anonymously to be filed through the ECM/CF system to be served upon Defendant's counsel.

Respectfully submitted, this 21st day of April, 2023.

KERSTIN WALKER SUTTON PLLC

*/s/ Kerstin W. Sutton*
Kerstin W. Sutton, Esq.
Counsel for the Plaintiff
