IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:23-CV-216-FL

JOHN DOE 2,

        Plaintiff,

v.

NORTH CAROLINA STATE UNIVERSITY,

        Defendant.

### ORDER

For reasons appearing to the Court, this case is placed in abeyance pending a decision by the United States Court of Appeals for the Fourth Circuit in *Benjamin Locke v. North Carolina State University*, No. 24-1384, 5:22-cv-344-FL.

Within seven days of the issuance of that decision, Plaintiff and Defendant shall confer, choose three dates of mutual availability, and draft a suggested agenda for a teleconference with this Court, which Plaintiff shall submit for the Court's consideration.

SO ORDERED, this the 7th day of March, 2025.

                                      */s/ Louise W. Flanagan*
                                      LOUISE W. FLANAGAN
                                      United States District Judge