IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-cv-00216-FL

| | |
|---|---|
| JOHN DOE 2,<br><br>　Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE UNIVERSITY, RAYMOND M. HARRISON, in his official capacity; and ROBERT M. MURPHY, JR., in his individual and official capacities,<br><br>　Defendants. | **DEFENDANT NORTH CAROLINA STATE UNIVERSITY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Fed. R. Civ. P. 12(b)(6)** |

　Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant North Carolina State University ("NC State") respectfully moves the Court for an order dismissing the claims against it in the above-captioned action for failure to state a claim upon which relief may be granted. In support of this Motion, NC State relies on the accompanying memorandum. For the reasons discussed more fully therein, NC State respectfully requests that all claims against it by Plaintiff Doe 2 be dismissed.

　Respectfully submitted, this the 3rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　　**ELLIS & WINTERS LLP**

　　　　　　　　　　　　　　　　　　　　/s/Alex J. Hagan
　　　　　　　　　　　　　　　　　　　　Alex J. Hagan
　　　　　　　　　　　　　　　　　　　　N.C. Bar No. 19037
　　　　　　　　　　　　　　　　　　　　Chelsea Pieroni
　　　　　　　　　　　　　　　　　　　　N.C. Bar No. 59816
　　　　　　　　　　　　　　　　　　　　Post Office Box 33550
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27636
　　　　　　　　　　　　　　　　　　　　Tel: (919) 865-7000
　　　　　　　　　　　　　　　　　　　　Fax: (919) 865-7010
　　　　　　　　　　　　　　　　　　　　alex.hagan@elliswinters.com

chelsea.pieroni@elliswinters.com

Dixie T. Wells
N.C. Bar No. 26816
Post Office Box 2752
Greensboro, NC 27402
Tel: (336) 217-4193
Fax: (336) 217-4198
dixie.wells@elliswinters.com

Counsel for Defendant North Carolina State University